# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-25-00552-CV

**In re Tony Ramirez**

---

### ORIGINAL PROCEEDING FROM HAYS COUNTY

---

## M E M O R A N D U M   O P I N I O N

The petition for writ of mandamus is denied, and the pending motions are dismissed as moot. *See* Tex. R. App. P. 52.8(a).

 

_____

Karin Crump, Justice

Before Chief Justice Byrne, Justices Crump and Ellis

Filed: July 30, 2025